

McCoy - 3:18-CV-00021
David Torok
to:
Galveston_cm
03/09/2018 11:01 AM
Hide Details
From: David Torok <david@toroklaw.net>

To: Galveston_cm@txs.uscourts.gov

Security:

To ensure privacy, images from remote sites were prevented from downloading. Show Images

History: This message has been forwarded.

**Good morning Susan-**

**I had represented Thelma McCoy in her adversarial case 16-08007 in Judge Isgur's court.  Ms. McCoy is appealing an adverse judgment rendered on December 07 of last year, and a motion for new trial that was denied earlier this year.  I am not representing Ms. McCoy in her appeal.  I have filed <u>no</u> pleadings in this cause.  I have spoken with the clerk's office and advised that office of such.  It is my understanding that the clerk's office will remove my name from association with this cause; but that office also suggested I contact you to advise you of the situation in case you had any questions.**

--
**W. David Torok, Esq.**
**The Torok Law Firm, P.C.**
**1414 S. Friendswood Drive**
**Suite 226**
**Friendswood, TX 77546**
**p: (832) 481-9095**
**f: (832) 481-9078**
**www.toroklaw.net**